# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### (a) PLAINTIFFS
MALKA ASHKENAZI, individually, and as Successor in Interest to the Estate of the Decedent ELI ASHKENAZI, as Guardian for the minor Plaintiff MOTI ASHKENAZI, et al.

### DEFENDANTS
BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; (continued in attachment)

(b) County of Residence of First Listed Plaintiff: Israel
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kent Klaudt, LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West, 275 Battery Street, 30th Floor
San Francisco, California 94111-3339 - Telephone: (415) 956-1000

Attorneys (If Known): See Attached.

## II. BASIS OF JURISDICTION
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen or Subject of a Foreign Country: PTF [X] 3
Incorporated or Principal Place of Business In This State: DEF [X] 4

## IV. NATURE OF SUIT
[X] 365 Personal Injury — Product Liability

## V. ORIGIN
[X] 6 Multidistrict Litigation (MDL 986)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

IX. This case [ ] is not a refiling of a previously dismissed action.

DATE: March 26, 2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

755544.1

DEFENDANTS (cont.)

BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; BAXTER INTERNATIONAL, INC., a Delaware corporation, successor to IMMUNO - U.S., INC., a Michigan Corporation; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation; AVENTIS BEHRING LLC, a Delaware corporation, and AVENTIS INC., a Pennsylvania corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation

**BLOOD FACTOR - DEFENDANTS' COUNSEL**

DUNCAN BARR
O'CONNOR, COHN, DILLON & BARR
2405 16TH STREET
SAN FRANCISCO, CA  94103
PHONE: (415) 281-8888
FAX: (415) 503-4117
EMAIL: dbarr@ocdb.com

RICHARD L. BERKMAN
DECHERT LLP
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA  19104-2857
PHONE: (215) 994-4000
FAX: (215) 994-2222
EMAIL: richard.berkman@dechert.com

TAMAR B. KELBER
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL  60603
PHONE: (312) 853-7000
FAX: (312) 853-7036
EMAIL: tkelber@sidley.com

GEOFFREY R.W. SMITH
GEOFFREY SMITH, PLLC
1350 I STREET NW SUITE 900
WASHINGTON, DC  20005
PHONE: (202) 625-1224   (202) 589-2010
FAX: (202) 333-1637
EMAIL: GRWSLawyer@aol.com

KEVIN J. STACK
KNAPP, PETERSEN & CLARKE
500 N. BRAND BLVD., 20TH FLOOR
GLENDALE, CA  91203-1904
PHONE: (818) 547-5000
FAX: (818) 547-5329
EMAIL: kjs@kpclegal.com

KASPAR J. STOFFELMAYR
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 WYNKOOP STREET
DENVER, CO  80202
PHONE: (303) 592-3100
FAX: (303) 592-3140
EMAIL: kaspar.stoffelmayr@bartlit-beck.com