## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MALKA ASHKENAZI, et al.

v.

BAYER CORPORATION, et al.

Case Number:

FILED: MARCH 26, 2008
08CV1767          AEE
JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MALKA ASHKENAZI, individually, and as Successor in Interest to the Estate of the Decedent ELI ASHKENAZI, as Guardian for the minor MOTI ASHKENAZI  (Plaintiffs)

| | |
|---|---|
| NAME (Type or print)<br>Kent L. Klaudt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Kent L. Klaudt | |
| FIRM<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | |
| STREET ADDRESS<br>Embarcadero Center West, 275 Battery Street, 30th Floor | |
| CITY/STATE/ZIP<br>San Francisco, California 94111-3339 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(415) 956-1000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ✓      NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐      NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐      NO ✓

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ✓

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐