## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1767

Assigned/Issued By: j. n.

Judge Name: kennelly

Designated Magistrate Judge: valdez

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2645930

Date Payment Rec'd: 3-26-08   Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Other
☐ Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

4 Original and 0 copies on 3/27/08 as to aventis inc.; bayer corp.;
*(Date)*
alpha therapeutic corp. ; baxter healthcare corp.