# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:
MALKA ASHKENAZI, et al.

v.

BAYER CORPORATION, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MALKA ASHKENAZI, individually, and as Successor in Interest to the Estate of the Decedent ELI ASHKENAZI, as Guardian for the minor MOTI ASHKENAZI (Plaintiffs)

| | |
|---|---|
| NAME (Type or print) <br> Heather A. Foster | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Heather A. Foster | |
| FIRM <br> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | |
| STREET ADDRESS <br> Embarcadero Center West, 275 Battery Street, 30th Floor | |
| CITY/STATE/ZIP <br> San Francisco, California 94111-3339 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (415) 956-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |