| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA  94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2462-2554 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS |
| Plaintiff: MALKA ASHKENAZI, et al. |
| Defendant: BAYER CORPORATION, et al. |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ATTORNEY APPEARANCE FORM.

3. a. Party served:          ALPHA THERAPEUTIC CORPORATION
   b. Person served:        MARGARET WILSON, AUTHORIZED TO ACCEPT

4. Address where the party was served:    818 W. 7TH STREET
                                           LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 10:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHA THERAPEUTIC CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA  90071
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    5141
      (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Apr. 18, 2008

   (DOUG FORREST)