| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000    FAX No: 415-956-1008 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2462-2554 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS |

| Plaintiff: MALKA ASHKENAZI, et al. |
|---|
| Defendant: BAYER CORPORATION, et al. |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ATTORNEY APPEARANCE FORM.

3. a. Party served:          ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation
   b. Person served:         JENNIFER SMITH, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   2704 COMMERCE DRIVE
                                         HARRISBURG, PA 17110

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 3:13PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ARMOUR PHARMACEUTICAL COMPANY, INC
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. MARY B. KERNS

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Apr. 16, 2008

   (MARY B. KERNS)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS & COMPLAINT

   6413032.lieca-sf.127764