| Attorney or Party without Attorney: <br> KENT KLAUDT <br> LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP <br> 275 BATTERY STREET <br> 30th FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-956-1000  FAX No: 415-956-1008 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 2462-2554 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS |
| Plaintiff: MALKA ASHKENAZI, et al. |
| Defendant: BAYER CORPORATION, et al. |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ATTORNEY APPEARANCE FORM.

3. a. Party served: AVENTIS INC., a Pennsylvania corporation
   b. Person served: JENNIFER SMITH, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 2704 COMMERCE DRVE
   HARRISBURG, PA 17110

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 3:13PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AVENTIS INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. MARY B. KERNS



First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:
e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Apr. 16, 2008

(MARY B. KERNS)

| Judicial Council Form POS-010 Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS & COMPLAINT | 6413025.lieca-sf.127763 |