| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2462-2554 | |

Insert name of Court, and Judicial District and Branch Court:
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

Plaintiff: MALKA ASHKENAZI, et al.
Defendant: BAYER CORPORATION, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ATTORNEY APPEARANCE FORM.

3. a. Party served:         BAXTER INTERNATIONAL, INC.
   b. Person served:        SCOTT LASCALA, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    1209 ORANGE STREET
                                          WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 3:50PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAXTER INTERNATIONAL, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. ALAN M. SCHMIDT

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Exempt from registration under B&P 22350(b)

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Apr. 15, 2008

   *(ALAN M. SCHMIDT)*

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS & COMPLAINT

   6413029.lieco-sf.127382