| | |
|---|---|
| *Attorney or Party without Attorney:*<br>**KENT KLAUDT**<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000   *FAX No:* 415-956-1008 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>2462-2554 |

*Insert name of Court, and Judicial District and Branch Court:*
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

*Plaintiff:* MALKA ASHKENAZI, et al.
*Defendant:* BAYER CORPORATION, et al.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ATTORNEY APPEARANCE FORM.

3. a. *Party served:* BAXTER HEALTHCARE CORPORATION
   b. *Person served:* MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:* 818 W. 7TH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 10:50AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* BAXTER HEALTHCARE CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**          d. *The Fee for Service was:*
      1511 W. BEVERY BLVD.                                   e. I am: (3) registered California process server
      LOS ANGELES, CA 90071                                          (i) Independent Contractor
   c. 213-250-1111                                                              (ii) Registration No.: 5141
                                                                                          (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Apr. 18, 2008

*Judicial Council Form POS-010*                     **PROOF OF SERVICE**                     (DOUG FORREST)
Rule 982.9.(a)&(b) Rev January 1, 2007          **SUMMONS & COMPLAINT**                     6413022.lieca-sf.127374