| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000   *FAX No:* 415-956-1008<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

| | |
|---|---|
| *Ref. No. or File No.:*<br>2462-2554 | |

*Insert name of Court, and Judicial District and Branch Court:*
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

*Plaintiff:* MALKA ASHKENAZI, et al.
*Defendant:* BAYER CORPORATION, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ATTORNEY APPEARANCE FORM.

3. a. Party served:       BAYER CORPORATION
   b. Person served:      BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   2730 GATEWAY OAKS DRIVE
                                         SUITE 100
                                         SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Apr. 14, 2008 (2) at: 9:35AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAYER CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. NANCY GRADDY

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   04-010
      (iii) County:            Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Apr. 18, 2008

   (NANCY GRADDY)

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS & COMPLAINT

   6413021.lieca-sf.127370