UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Malka Ashkenazi, et al.
                                Plaintiff,

v.                                                             Case No.: 1:08−cv−01767
                                                               Honorable Matthew F. Kennelly

Bayer Corporation, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Parties fail to appear as ordered for initial status conference. Counsel are advised that although an MDL transfer my occur, until that happens the case remains pending here and tehy are required to comply with court ordered schedules and deadlines. In addition, the court has questions regarding subject matter jurisdiction which it wishes to discuss with counsel. Status hearing set for 6/10/2008 at 09:30 AM.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.