# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08-cv-01767

Ashkenazi et al v. Bayer Corp. et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Armour Pharmaceutical Company
Aventis Inc.
Aventis Behring LLC

| NAME (Type or print) |  |
|---|---|
| Elizabeth C. Curtin |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Elizabeth C. Curtin | |
| FIRM | |
| Sidley Austin LLP | |
| STREET ADDRESS | |
| One South Dearborn St. | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277320 | 312-853-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

CERTIFICATE OF SERVICE

I hereby certify that on the 9th of June, 2008, I caused to be served a true and correct copy of the foregoing document by Federal Express overnight, postage prepaid, on the following counsel of record:

Kevin Stack
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203

Richard L. Berkman
R. David Walk, Jr.
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104

Lindley J. Brenza
Kaspar Stoffelmayr
BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202

Duncan Barr
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, CA 94103-4210

Geoffrey R.W. Smith
GEOFFREY SMITH, PLLC
1350 I Street, N.W., Suite 900
Washington, DC 20005

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 30th Floor
San Francisco, CA 94111

Nicholas Diamand
LIEFF, CABRASER, HEIMANN & BERNSTEIN
780 Third Ave., 48th Floor
New York, NY 10017-2024

Elizabeth C. Curtin