# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

In the Matter of
Malka Ashkenazi vs. Bayer Corporation, et al.

Case Number: 1: 08-cv-01767

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
BAXTER HEALTHCARE CORPORATION and BAXTER INTERNATIONAL, INC.

| **(A)** | | **(B)** | |
|---|---|---|---|
| SIGNATURE<br>s/ RICHARD L. BERKMAN | | SIGNATURE | |
| NAME<br>Richard L. Berkman | | NAME | |
| FIRM<br>Dechert LLP | | FIRM | |
| STREET ADDRESS<br>2929 Arch Street | | STREET ADDRESS | |
| CITY/STATE/ZIP<br>Philadelphia, PA  19104-2808 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER<br>215.994.4000 | FAX NUMBER<br>215.994.2222 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS<br>richard.berkman@dechert.com | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☒ | | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | |
| TRIAL ATTORNEY?  YES ☒  NO ☐ | | TRIAL ATTORNEY?  YES ☐  NO ☐ | |
| | | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | |
| **(C)** | | **(D)** | |
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | | TRIAL ATTORNEY?  YES ☐  NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | |