A.m.b

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE

08C1767

It appearing that an order was signed on May 6, 2005 providing for certain cases to be transferred to the Hon. John F. Grady for pretrial proceedings as part of MDL-986 (04 C 1445, *In re Factor VIII or IX Concentrate Blood Products Litigation*); and

It further appearing that 08 C 1767, *Ashkenazi, et al. v. Bayer Corp, et al.*, initially assigned to the Hon. Matthew F. Kennelly, falls within the scope of the order of May 6, 2005; therefore

IT IS HEREBY ORDERED That the Clerk is to reassign 08 C 1767, *Ashkenazi, et al. v. Bayer Corp, et al.*, to the Hon. John F. Grady.

IT IS FURTHER ORDERED That if 08 C 1767, *Ashkenazi, et al. v. Bayer Corp, et al.*, is not closed while it is pending before Judge Grady, it shall be reassigned back to the calendar of Judge Kennelly.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 23rd day of June, 2008.