| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000    *FAX No:* 415-956-1008<br>*Attorney for:* Plaintiff | *For Court Use Only*<br><br>*Ref. No. or File No.:*<br>2462-2554 |

*Insert name of Court, and Judicial District and Branch Court:*
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

*Plaintiff:* MALKA ASHKENAZI, et al.
*Defendant:* BAYER CORPORATION, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ALIAS SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

3. a. Party served:            ALPHA THERAPEUTIC CORPORATION
   b. Person served:           MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    818 WEST SEVENTH STREET
                                           LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 15, 2008 (2) at: 10:25AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHA THERAPEUTIC CORPORATION
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                   d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**               e. I am: (3) registered California process server
      1511 W. BEVERLY BLVD.                             (i)   Independent Contractor
      LOS ANGELES, CA 90071                             (ii)  Registration No.:    5141
   c. 213-250-1111                                      (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date:Fri, Aug. 15, 2008

   Judicial Council Form POS-010          PROOF OF SERVICE          (DOUG FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007                           6436683.lieca-sf.154668