| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>2462-2554 |

Insert name of Court, and Judicial District and Branch Court:
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

Plaintiff: MALKA ASHKENAZI, et al.
Defendant: BAYER CORPORATION, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ALIAS SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

3. a. Party served:            ALPHA THERAPEUTIC CORPORATION
   b. Person served:           MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 WEST SEVENTH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 15, 2008 (2) at: 10:25AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHA THERAPEUTIC CORPORATION
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                         d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**     e. I am: (3) registered California process server
      1511 W. BEVERLY BLVD.                   (i)   Independent Contractor
      LOS ANGELES, CA 90071                   (ii)  Registration No.:   5141
   c. 213-250-1111                            (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Aug. 15, 2008

   (DOUG FORREST)

Judicial Council Form POS-010      PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007

6436683.lieca-sf.154668