| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000   *FAX No:* 415-956-1008 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>2462-2554 |

*Insert name of Court, and Judicial District and Branch Court:*
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

*Plaintiff:* MALKA ASHKENAZI, et al.
*Defendant:* BAYER CORPORATION, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV1767 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ALIAS SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF.

3. a. Party served:         ALPHA THERAPEUTIC CORPORATION
   b. Person served:        MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 15, 2008 (2) at: 10:25AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ALPHA THERAPEUTIC CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                    d. *The Fee for Service was:*
   b. **FIRST LEGAL SUPPORT SERVICES**                e. I am: (3) registered California process server
      1511 W. BEVERLY BLVD.                              (i)   Independent Contractor
      LOS ANGELES, CA 90071                              (ii)  Registration No.:  5141
   c. 213-250-1111                                       (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Aug. 15, 2008

                                                                               (DOUG FORREST)

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | 6436683.lieca-sf.154668 |